# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tawni Bennett, et al.

                                       Plaintiff,

v.                                               Case No.: 1:20–cv–06172

                                                           Honorable John Robert Blakey

Celtic Insurance Company, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 23, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the stipulation of dismissal [67], this case is now dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.